1  IRENE KARBELASHVILI, Esq. (SBN 232223)
2  IRAKLI KARBELASHVILI, Esq. (SBN 302971)
   ALLACCESS LAW GROUP
3  1400 Coleman Ave Ste F28
   Santa Clara, CA 95050
4  Telephone: (408) 295-0137
   Fax: (408) 295-0142
5  irene@allaccesslawgroup.com
   irakli@allaccesslawgroup.com
6
7  Attorneys for Plaintiff ERIC ROJAS

8
                        UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10

11

12  ERIC ROJAS,                              CASE NO.  5:24-cv-00479-AMO

13       Plaintiff,                          **NOTICE OF VOLUNTARY DISMISSAL OF
                                             ACTION WITH PREJUDICE**
14       v.

15
    BUFFALO WILD WINGS, INC., a
16  Minnesota corporation; BLAZIN WINGS,
    INC., a Minnesota corporation,
17
         Defendants.
18

19

20       PLEASE TAKE NOTICE that Plaintiff ERIC ROJAS dismisses this entire action with

21  prejudice in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) with each side bearing their own

22  attorney fees, costs, and litigation expenses. Neither defendant has filed an answer or a motion for

23  summary judgment.

24

25  Date: June 11, 2024                      ALLACCESS LAW GROUP

26                                            */s/ Irakli Karbelashvili*
                                             By IRAKLI KARBELASHVILI, Esq.
27                                           Attorney for Plaintiff
                                             ERIC ROJAS
28

          NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE